76,062-03

May 18, 2015

_Motion Subject letter._

Court of Criminal Appeals
P O Box 12308, Capital Station
Austin, TX 78711

RE: WR-76,062-03
Ex Parte Madrid   Tr. Ct. NO. 4079-A.

Dear Clerk of the Court:

I just recently discovered, that the above habeas corpus that I mailed to the convicting court has been inadvertantly, directed to the Court of Criminal Appeals.

How do I get this writ returned to the county so that a proper proceeding may occur, one in which findings of fact and conclusions of law is created to assist the Court of Criminal Appeals in its decision making?

My records reflect that on May 30, 2015, the Court of Criminal Appeals received my writ, which would be out of alinement pursuant to art|| 11.07's procedural framework, since it was mailed only days before to the county.

Thanking you, in advance, for your prompt reply and return of the great writ to the convicting court so that it may proceed properly through the process. Please let me know what action has been taken in this matter by contacting me at the address below.

Respectfully,

_Armando Madrid._

Mr Armando Madrid # 1425800
Lynaugh Unit
1098 S Hwy 2037
Ft Stockton, TX 79735

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 21 2015
Abel Acosta, Clerk

CC: File